DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| | | | |
|---|---|---|---|
| 101PA14 | LexisNexis Risk Data Management, Inc., a Florida Corporation, and LexisNexis Risk Solutions, Inc., a Georgia Corporation v. North Carolina Administrative Office of the Courts; John W. Smith, II, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; and Nancy Lorrin Freeman, in her official capacity as the Clerk of the Wake County Superior Court | 1. The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc.'s Motion for Leave to File Amicus Brief | 1. Special Order 11/02/2014 |
| | | 2. The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc.'s Motion for Leave to Participate in Oral Argument | 2. Special Order 10/02/2014 |
| | | 3. Motion of Associate Professor Ryan Thornburg for Leave to File Brief Amicus Curiae | 3. |
| 102P10-2 | State v. Brian Michael Blakeman | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-225) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot

**Beasley, J., recused** |
| 104P11-7 | State v. Titus Batts | 1. Def's *Pro Se* Motion to Dismiss for Improper Pleading (COAP11-171) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied 11/12/2014 |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Denied |
| 111P10-2 | GE Betz, Inc. v. R.C. Conrad, Robert Dodd, Benjamin Lukowski, Barry Ownings, and Zee Company, Inc. | 1. Defs' Motion for Temporary Stay (COA13-239) | 1. Allowed 12/30/2013 Dissolved 12/18/2014 |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied |